**Lo-Fang** (Matthew Jordan Hemerlein)

A Loja de Ze

Rua Dr. Albino de Figueiredo No70

Coja, 3305-119 Arganil

Portugal

Email: **legal@ys3.agency**



___ FILED      ___ LODGED

___ RECEIVED   ___ COPY

NOV 0 5 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

Lo-Fang (Matthew Jordan Hemerlein)

Plaintiff

v.

Beggars Group Limited / 4AD Ltd.

Defendants

Case No. **CV25-04132-PHX-MTL** _____

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

1. Plaintiff Lo-Fang (Matthew Jordan Hemerlein) ("Plaintiff") is a U.S. citizen residing temporarily in Portugal and the registrant of the domain name Beggars.ai.

2. Defendant Beggars Group Limited and its label 4AD Ltd. (collectively "Defendant") are companies organized under the laws of England and Wales.

3. Defendant filed a complaint with the World Intellectual Property Organization ("WIPO"), Case No. DAI2025-0046, seeking transfer of the domain beggars.ai.

4. On or about October 27, 2025, WIPO issued a decision ordering the transfer of the domain to Defendant.

5. Under Paragraph 4(k) of the Uniform Domain Name Dispute Resolution Policy (UDRP), Plaintiff is entitled to commence a court proceeding within ten (10) business days to stay implementation of the transfer.

6. The domain Beggars.ai is a non-commercial website documenting ongoing contractual and royalty disputes between Plaintiff and Defendant and constitutes protected speech under the First Amendment.

7. Plaintiff has legitimate interests in maintaining the domain as criticism and commentary; it was not registered in bad faith and is not used for commercial gain.

8. Jurisdiction is proper under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338. Venue is proper in the District of Arizona because the domain registrar Namecheap, Inc. is based in Phoenix, Arizona.

PRAYER FOR RELIEF

Plaintiff respectfully requests that the Court:

a. Issue a Temporary Restraining Order and Preliminary Injunction prohibiting Namecheap, Inc. from transferring the domain beggars.ai pending final adjudication;

b. Declare that Plaintiff's registration and use of beggars.ai are lawful and non-infringing; and

c. Grant any further relief the Court deems just and proper.

Dated: November 3, 2025

Respectfully submitted,

Lo-Fang (Matthew Jordan Hemerlein)

Lo-Fang (Matthew Jordan Hemerlein) (Pro Se)

A Loja de Ze

Rua Dr. Albino de Figueiredo No70

Coja, 3305-119 Arganil

Portugal

Email: legal@ys3.agency