UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

CV25-04132-PHX-MTL

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff(s):** Lo-Fang (Matthew Jordan Hemerlein) , ; | **Defendant(s):** Beggars Group Limited , ; |
| County of Residence: Outside the State of Arizona | County of Residence: Outside the State of Arizona |

County Where Claim For Relief Arose: Maricopa

| | |
|---|---|
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| , | , |
| , | , |

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

II. Basis of Jurisdiction:     **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties(**Diversity Cases Only**)

Plaintiff:-         **N/A**

Defendant:-        **N/A**

IV. Origin :         **1. Original Proceeding**
V. Nature of Suit:    **840 Trademark**

VI.Cause of Action:    **15 U.S.C. § 1121 and UDRP § 4(k) - Declaratory Judgment seeking to prevent transfer of domain name beggars.ai following WIPO decision, based on legitimate use for criticism and commentary protected by First Amendment.**

VII. Requested in Complaint

Class Action:         **No**

Dollar Demand:

Jury Demand:         **No**

VIII. This case **is not related** to another case.

Signature: S/ Lo-Fang (Matthew Jordan Hemerlein) Pro Se

Date: 11/03/2025